**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Tyrelle R., a Juvenile under the Age of Seventeen, Appellant.

Appellate Case No. 2016-001532

Appeal From Richland County
Gwendlyne Y. Jones, Family Court Judge

Unpublished Opinion No. 2017-UP-439
Submitted October 1, 2017 – Filed November 22, 2017

**APPEAL DISMISSED**

Appellate Defenders John Harrison Strom and Laura Ruth Baer, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**